```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

RAHEIN JAMAL RADFORD            *

      Plaintiff              *

vs.                             *
                                      CASE NO. 4:05-CV-80 (CDL)
HERMAN JOHNSON, et al.,         *

      Defendants.            *

                                         *

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

    After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 11, 2006, is hereby approved, adopted, and made the Order of the Court.

    IT IS SO ORDERED, this 12th day of October, 2006.

                                                <u>S/Clay D. Land</u>
                                                  CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE