```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

RAHEIN JAMAL RADFORD            *

      Plaintiff                 *

vs.                             *

                                        CASE NO. 4:05-CV-80 (CDL)

HERMAN JOHNSON, et al.,         *

      Defendants.               *

                                      *

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 11, 2006, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 12th day of October, 2006.

                                                  S/Clay D. Land
                                                     CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE